## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A.    v. LANG                                                    No. 06CV2648-JM(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ        Rptr. _____

                                   Attorneys
       Plaintiffs                                                        Defendants


Plaintiff's *Ex Parte* Application to Excuse Personal Appearance of Person with Full Settlement Authority from the Early Neutral Evaluation Conference is GRANTED.  (Doc. 20).


   X    Copies to:  Counsel of Record          _____  Notified by Telephone

DATED:  March 19, 2007

                                                    _____
                                                    Hon. Leo S. Papas
                                                    U.S. Magistrate Judge