1   KAREN P. HEWITT
    United States Attorney
2

3   TOM STAHL, CBN 78291
    Assistant United States Attorney
    880 Front Street, Room 6293
4   San Diego, California 92101

5   JUSTIN S. KIM
    Trial Attorney, Tax Division
6   U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
7   Washington, D.C. 20044-0683
    Telephone:    (202) 307-0977
8   Facsimile:    (202) 307-0054
    E-mail:       justin.s.kim@usdoj.gov
9

FILED

2007 AUG 14  AM 9: 13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

10                 IN THE UNITED STATES DISTRICT COURT FOR THE

11                      SOUTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA                Civil No. 06-cv-2648-JM-LSP

14              Plaintiff,                  [PROPOSED] ORDER

15          v.

16  KENDELL LANG; et al.

17              Defendants.

18          Upon consideration of (1) the Joint Motion to Appoint Kendell Lang as Personal Representative

19  of the Estate of Patricia Lang and to Substitute Him, as Personal Representative of the Estate, for

20  Defendant Patricia Lang and (2) the Joint Motion for Leave to File the United States' First Amended

21  Complaint, the Court finds good cause for granting the relief sought.  Therefore, Kendell Lang is

22  appointed as personal representative of the Estate of Patricia Lang for purposes of this action under Fed.

23  R. Civ. P. 25(a)(1), and the United States is granted leave to file its First Amended Complaint.

24  IT IS SO ORDERED.

25  DATE: ____6/9/07____

26                                          The Honorable Jeffrey T. Miller
                                            United States District Judge
27

28

1

## CERTIFICATE OF SERVICE

2

I HEREBY CERTIFY that on this 7th day of August, 2007, I electronically filed the foregoing with

3

the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

4

none; and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non

5

CM/ECF participants:

6

    Kendell Lang
    2605 Lone Jack Road
7
    Encinitas, California 92024

8

    Anthony Passante
    Martin & Passante
9
    12750 High Bluff Drive #100
    San Diego, CA 92130-2083
10

    Keith Attelsey
11
    Attlesey & Thomlinson LLP
    2552 Walnut Avenue, Suite 100
12
    Tustin, CA 92780

13

                                        /s/ Justin S. Kim
14                                      JUSTIN S. KIM
                                        Trial Attorney, Tax Division
15                                      U.S. Department of Justice

16

17

18

19

20

21

22

23

24

25

26

27

28

Civil No. 06-cv-2648-JM-LSP                    - 2 -