UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Civil No.06cv2648 JM(LSP) |
| ) | |
| Plaintiff,  ) | |
| v.  ) | ORDER DISMISSING DEFENDANT |
| ) | TAYLOR AND ASSOCIATES |
| KENDELL LANG; PATRICIA LANG;  ) | |
| CASCADE PROFESSIONAL TRUST,  ) | |
| KENDELL LANG, TRUSTEE;  ) | |
| WASHINGTON MUTUAL BANK;  ) | |
| NATIONAL PROPERTY TRUST; TAYLOR ) | |
| & ASSOCIATES; WHITE MEMORIAL  ) | |
| MEDICAL CENTER; STATE OF  ) | |
| CALIFORNIA, FRANCHISE TAX BOARD, ) | |
| ) | |
| Defendants.  ) | |
| ) | |

Upon the Stipulation of the parties and for good cause being shown, Defendant Taylor & Associates is dismissed with prejudice as a party.

IT IS SO ORDERED.

DATED: September 14, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge