**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A.   v. LANG                                                    No. 06CV2648-JM(LSP)

HON. LEO S. PAPAS        CT. DEPUTY JENNIFER JARABEK        Rptr. _____

                                   Attorneys
      Plaintiffs                                                    Defendants

_____                              _____

_____                              _____

_____                              _____


Pro Se Defendant Kendall Lang has moved the Court to extend the deadline for completion of discovery to March 15, 2008, the deadline for filing motions other than motions to amend pleadings or motions *in limine* to April 15, 2008, and the deadline for Mr. Lang to file a responsive pleading to the Amended Complaint to March 15, 2008.  (DOC. 55)

Mr. Lang's request to extend the deadline for his response to Plaintiff's Amended Complaint is DENIED without prejudice because it is not properly made.  Motions of this nature fall within the jurisdiction of the assigned District Judge – in this case, the Hon. Jeffrey T. Miller.  Mr. Lang's request was made, however, in conjunction with his request to continue case management dates – which will be heard by this Court.  See CivLR 72.1.

Due to the time sensitive nature of Mr. Lang's motion to continue the discovery and motion filing deadlines, the Court construes his motion as an *ex parte* application.  Any party intending to respond to Mr. Lang's application shall do so no later than January 30, 2008.


  X     Copies to:  Counsel of Record          _____  Notified by Telephone

DATED:  January 25, 2008

                                                    _____
                                                    Hon. Leo S. Papas
                                                    U.S. Magistrate Judge