**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A.   v. LANG                                                          No. 06CV2648-JM(LSP)

HON. LEO S. PAPAS          CT. DEPUTY JENNIFER JARABEK          Rptr. _____

                                      Attorneys
        Plaintiffs                                                        Defendants

_____                                      _____

*Pro Se* Defendant Kendall Lang has moved the Court to extend the deadline for completion of discovery and the deadline for filing motions.(DOC. 55)  The motion was construed as an *ex parte* application and the parties were ordered to file responses by January 30, 2008.  (DOC. 57) Having received no opposition to Mr. Lang's request and with good cause appearing, the *ex parte* application is hereby GRANTED.

The January 31, 2008, deadline for completion of discovery is vacated and reset for March 14, 2008.  All discovery, including expert discovery, shall be completed on or before March 14, 2008.  *"Completed"* means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure must be initiated a sufficient period of time in advance of the cut-off date, so *that it may be completed* by the cut-off date, taking into account the times for services, notice, and response as set forth in the Federal Rules of Civil Procedure.  All disputes concerning discovery shall be brought to the attention of the Magistrate Judge no later than thirty (30) days following the date upon which the event giving rise to the discovery dispute occurred.  Counsel shall meet and confer pursuant to the requirements of Fed. R. Civ. P. 26 and Local Rule 26.1(a).

The February 29, 2008, motion filing deadline is vacated and reset for April 15, 2008.  All motions, other than motions to amend or join parties, or motions in limine, **SHALL BE FILED** on or before April 15, 2008.  Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion.  **Be advised that the parties must file their moving papers within three (3) days of receiving the motion hearing date from the Court.  Be further advised that the period of time between the date you request a motion date and the hearing date may be up to six weeks.  Please plan accordingly**.  For example, you may need to contact the judge's law clerk at least six weeks in advance of the motion cut-off to calendar the motion.  Failure of counsel to timely request a motion date may result in the motion not being heard.  **Motions will not be heard on the above date unless you have obtained that date in advance from the judge's law clerk**.  Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without permission of the judge or magistrate judge who will hear the motion.  No reply memorandum shall exceed ten (10) pages without leave of the judge or magistrate judge who will hear the motion.

  X     Copies to:  Counsel of Record              _____ Notified by Telephone

DATED: February 1, 2008

                                                   _____
                                                   Hon. Leo S. Papas
                                                   U.S. Magistrate Judge