IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KENDELL LANG, KENDELL LANG, as Personal Representative of the ESTATE OF PATRICIA LANG, CASCADE PROFESSIONAL TRUST, KENDELL LANG, Trustee, NATIONAL PROPERTY TRUST, WHITE MEMORIAL MEDICAL CENTER, STATE OF CALIFORNIA, FRANCHISE TAX BOARD,<br><br>        Defendants. | Civil No. 06-cv-2648-JM-LSP<br><br>ORDER GRANTING UNITED STATES' MOTION FOR CONFIRMATION OF SALE |

       Before the Court is the United States' Motion for Confirmation of Sale (the United States' Motion). In consideration of the United States' Motion, the Declaration of Steven R. Massel submitted therewith, any responses thereto, and the record in this case, the Court finds that the sale of the subject property was conducted in compliance with the applicable law found at 28 U.S.C. §§ 2001-2002, and that payment was made and accepted in compliance with paragraph 3 of the Order of Foreclosure and Judicial Sale. Accordingly, it is hereby

       ORDERED that the United States' Motion is GRANTED. It is further

1  ORDERED that the sale of the subject property is confirmed. It is further

2  ORDERED that the IRS shall promptly deliver a deed thereto to the purchasers of the subject property, Elham and Shahram Rahbari. It is further

 ORDERED that the Clerk is directed to disburse $1,388.73 to the Internal Revenue Service, reference #06-CV-2648-JM-LSP, c/o Steven Massel, 24000 Avila Rd., MS: 5905, Laguna Nigel, CA 92677, for the expenses related to the sale of the subject property; it is further

 ORDERED that the Clerk is directed to disburse $8,011.54 to the San Diego County Treasurer - Tax Collector, reference #264-171-80-00, c/o Steven Massel, 24000 Avila Rd, MS:5905; Laguna Niguel, CA 92677, for the outstanding property taxes for 2008-2009. The Internal Revenue Service is directed to deliver the check to the San Diego County Treasurer when it received; it is further

 ORDERED that the Clerk is directed to hold the remaining funds from this sale, $780,599.73, in the Court's registry, pending resolution of the issue of priority to these funds.

DATED: December 9, 2009

_____

Hon. Jeffrey T. Miller

United States District Judge